AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
MIDDLE DISTRICT OF FLORIDA _ OCALA DIVISION

JOSE A. SERRANO,
_____
Petitioner

v.

WARDEN, A. MENDOZA
F.C.I. COLEMAN - LOW
_____
Respondent
*(name of warden or authorized person having custody of petitioner)*

Case No. 5:25-cv-448-MSS-PRL
*(Supplied by Clerk of Court)*

FILED - USDC - FLMD - OCA
JUL 16 2025 AM 11:07

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a) Your full name:     Jose A. Seranno
    (b) Other names you have used:
2.  Place of confinement:
    (a) Name of institution:     F.C.I. Coleman - LOW Correctional Facility
    (b) Address:     P.O. Box 1031  Uint C-1
    Coleman, FL 33521-1031

    (c) Your identification number:     37207-004
3.  Are you currently being held on orders by:
    ■ Federal authorities     ☐ State authorities     ☐ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you:     SAN JUAN PUERTO RICO

        (b) Docket number of criminal case:     3:17-CR-000577-05(FAB)
        (c) Date of sentencing:     12/29/2023
    ☐ Being held on an immigration charge
    ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ■ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

SERRANO, JOSE 37207004

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☐ Immigration detention

☑ Detainer

☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☑ Other (explain): _____ NO DEPORTATION ORDER PROVED TO EXIST _____

_____

6.   Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: _____

(b) Docket number, case number, or opinion number: _____

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
    _____ FSA ELIGIBILITY _____

_____

(d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7.   **First appeal**
     Did you appeal the decision, file a grievance, or seek an administrative remedy?
     ☑ Yes          ☐ No   Administrative Remedy BP8 & BP9
     (a) If "Yes," provide:
         (1) Name of the authority, agency, or court: Agency BOP Counselor & Warden
         (2) Date of filing: 10-20-2024    10-29-2024
         (3) Docket number, case number, or opinion number: 1218456
         (4) Result: denied
         (5) Date of result: See Ex1
         (6) Issues raised: _____

_____

_____

_____

         (b) If you answered "No," explain why you did not appeal: _____

_____

8.   **Second appeal**
     After the first appeal, did you file a second appeal to a higher authority, agency, or court?
     ☑ Yes          ☐ No   Administrative Remedy BP10  Regional

SERRANO, JOSE  37207004

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: *Agency BOP Regional Director*

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: *121 8456*

(4) Result: *denied*

(5) Date of result: *SEE EX1*

(6) Issues raised: _____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a second appeal: _____

_____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

■ Yes          ☐ No    *Administrative Remedy BP-11*

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: *Agency BOP Central Office*

(2) Date of filing: *3-17-2025*

(3) Docket number, case number, or opinion number: *121 8456*

(4) Result: *denied*

(5) Date of result: *3-10-2025    SEE EX1*

(6) Issues raised: _____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☐ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☐ No

SERRANO, JOSE 37207004

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____
_____

(b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A),
      seeking permission to file a second or successive Section 2255 motion to challenge this conviction or
      sentence?
      ❏ Yes                ❏ No
      If "Yes," provide:
      (1) Name of court: _____
      (2) Case number: _____
      (3) Date of filing: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

      _____
      _____
      _____

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
      conviction or sentence:
      _____
      _____
      _____
      _____

11.   **Appeals of immigration proceedings**
      Does this case concern immigration proceedings?
      ❏ Yes                ☒ No
            If "Yes," provide:
(a)   Date you were taken into immigration custody: _____
(b)   Date of the removal or reinstatement order: _____
(c)   Did you file an appeal with the Board of Immigration Appeals?
            ❏ Yes                ❏ No

SERRANO, JOSE 37207004

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

(d)    **Did you appeal the decision to the United States Court of Appeals?**

☐ Yes               ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

12.   **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes               ■ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

SERRANO, JOSE 37207004

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.   State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** _____

THE BOP LACKS THE AUTHORITY TO DEEM PETITIONER IN-ELIGIBLE FOR FSA WHEN IT HAS NOT
PROVIDED ANY FINAL ORDER OF DEPORTATION (REMOVAL) AND FAILED TO APPLY EARNED TIME
CREDITS FOR AN EARLIER RELEASE

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____ (See continuation pages 7a - 7e) _____

(b) Did you present Ground One in all appeals that were available to you?
■ Yes          ☐ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☐ No

SERRANO, JOSE  37207004

GROUND ONE

THE BOP LACKS THE AUTHORITY TO DEEM PETITIONER IN-ELIGIBLE FOR FSA WHEN IT HAS NOT PROVIDED ANY FINAL ORDER OF DEPORTATION (REMOVAL) AND FAILED TO APPLY EARNED TIME CERDITS FOR AN EARLIER RELEASE

On or about 12/29/2023, Petitioner was sentenced to a term of 95 months and was subsequently incarcerated at the F.C.I. Coleman - LOW Correctional Complex in Coleman, Florida. Petitioner has a shceduled release date of 08/27/2027 which is incorrectly asserted due to the BOP's incorrect assertion that Petitioner is in-eligible to receive FSA Time Credits under 18 U.S.C. § 3632(d)(4) and (E).

Allegedly, according to the BOP, Petitioner is subject of a detainer lodged with the BOP by the U.S. Immigration and Customs Enforcement ("ICE"). Petitioner asserts that the BOP is in violation of and has violated his rights under the FSA by failing to apply **any** FSA Time Credits to his sentence because of **an alleged** detainer, **based upon** a Final Order of Removal that **does not exist.** On or about October 20,2024, Petitioner initiated the BP Administrative Remedy Process BP-8 through BP-11. (See Ex1).

As a matter of general principal, a "[f]ederal prisoner is required to exhaust their federal administrative remedies prior to bringing a petition for a Writ of Habeas Corpus in the Federal Court." ROBINSON v. CHAVEZ, 2000 U.S. App. LEXIS 38988 @ *3. However, exhaustion is not a jurisdictional requirement with which a prisoner must comply before bringing a § 2241 Habeas action and it is therefore subject to waiver." WARD v. CHAVEZ, 678 F.3d. 1042, 1045 (2012). Petitioner has exhausted those remedies.

"To protect such access ]to the Court as a Layman at Law], pro se complaints are to be liberally construed, and the lay-pleader is not held to a more regorous standard fot formal proceedings prepared by attorneys." PHILLIPS v. MASHBURN, 746 F.2d. 782.

**ARGUMENTS**

The BOP would aver that Petitioner is in-eligible to receive FSA under 18 U.S.C. § 3632(d)(4)(E) as shown in the Office of General Counsel's BP-11 response (See Ex2).  *See Ex2*

According to 18 U.S.C. § 3632(d)(4)(B)(iii), prisoners who are inadmissible or deportable under immigration laws are not eligible to earn FSA Time Credits. This means that illegal aliens, expecially those who are "subject to a Final Order of removal, are generally not eligible, However this Petitioner has no detainers or any Final Order of Removal. Further, Central Office's Response (Ex2) of Timothy Barnet, states in paragraph 2 that "You are eligible to earn time credits", however, then tells Petitioner that he is in-eligible citing 18 U.S.C. 3632(d)(4)(E), however, failing to produce an actual <u>FINAL ORDER OF REMOVAL</u> signed by a court judge.

///

///

///

///

///

///

If there is a conflict between PS 5410.01 and 81 U.S.C. § 3632(d)(4)(D)-(E), the statutory law (U.S.C.) takes precedent over a Program Statement, as the Code is permanent law, and supercedes **any** conflicting agency regulations or policies.

Also, a **Court Judge**, plays a crucial role in the deportation process. When an immigrant such as Petitioner, is facing deportation, Due Process of Law first mandates that Petitioner is <u>required by law</u> to go through a series of legal proceedings that ultimately involve a judge. There are four phases to this:

1.    Notice to Appear;

2.   Master Calendar Heraing;

3.   Individual Hearing: and

4.   Appeal; and

the judges decision would be based on the **evidence** submitted and the arguments presented. In Petitioner's case, Petitioner  —  was never afforded any of the four required hearings or proceedings becasue he was never afforded any and because he has never seen an immigration judge, **nor** does Petitioner have a Final Order of Removal or Deportation **signed by a court judge.**

Early in 03/06/2025 Petitioner received his Team Paperwork at his regular Bi-Annual Team Meeting **See Ex4**.

Petitioner's Team Paperwork (Ex4) page 3 clearly shows that hi is a Citizen of Columbia which is NOT A TREATY TRANSFER COUNTRY, which makes Peittioner non deportable in any event. Further, Petitioner was [e]xtradited [i]nto the United States by the U.S.C.G. he did not enter the United States himself, but by force of arms under duress and coercion, under protest. The notation in Petitioner's Needs Assessment (Ex3) under the heading Progress Since Last Report in incorrect because **there IS NO DEPORTATION ORDER** nor was one ever presented to Petitioner.

The Petitioner throught the BP process has repeatedly asked for a copy of the Final Order of Removal that the BOP is relying upon in making its determination that he is in-eligible ti receive FSA, however, has not furnished one shread of paper that would evidence their claims as appropriate under F.R.Civ.P. Rule 8(b) the BOP has failed to state a claim. Petitioner has also contacted the Coleman - LOW Records Department asking for a cpoy of that order. Their response was that they had no such orde in their system of records.. The BOP is obviously calling the Detainer Notice of Action a deportation order. In order for that worthless piece of paper **to be valid** there would first have to be a **Judge Signed Order of Removal in existence.** There is none, because it does not exist.

Additionally, 18 U.S.C. § 3632 detaile the eligibility and application of these credits, emphasizing that credits earned should be applied toward **pre-release custody or supervised release**. See Development of Risk and Needa assessment System. These underline(statutes) collectively support the argument for Habeas Relief if the BOP fails to properly apply earned time credits under the FSA. The FSa is un-ambiguous in its language. 18 U.S.C. § 3632(d)(4)(D)(i)-(lxviii), and (E) in fact enumerates the specific offenses which preclude Petitioner from eligibility. In the Federal ergister of January 19, 2022, when the BOP declared their final plan for FSA and began actually honoring the law (6 years after its passage) they specifically said: "It is outside the Bureau's authority to **alter the exclusion of the FSA** (28 C.F.R. Part 523 and 541, FR Vol 87, No. 12, page. 2713).

Program Statement PS 5100.08 states at PSF - Description (H) that: "The PSF shall not be applied, or removed when the U.S. Immigration and Customs Enforcement (ICE) or Executive Office ofr Immigration Review (EOIR) have determined that deportation proceedings are unwarranted..." However in thie case Petitioner has not had any of the required hearings. It is clear that the Petitioner is a Columbian National and was extradited to the United States, and cannot be deported under the COnvention Against Torture Act ("CAT") 8 C.F.R. § 1208.18(a)(1). See also the Supreme Court's ruling in NASRALLAH v. BARR, 590 U.S. 1683, 207 L.Ed.2d. 111 (2020). What this means is that since Petitioner cannot be deported he cannot be in-eligible for FSA Time Credits or early release.

BOP Policy Statement also confirms at its PS 5410.01, which had **formerly precluded** prisoners with detainers from applying ETC's was amended. On Feburary 06, 2023, the BOP issued Change Notice CN-1. FEd. Bureau of Prisons, see https://www.bop.gov/policy/progstat/5410.01-cn2.pdf. As a result if that change notice, the Petitioner is no longer **precluded from and no longer automatically excluded from** receiving FSA eligibility of application of time credits. **Confer**, RAMOS v. MENDOTA,

2024 U.S. Dist. LEXIS 103768 (9th Cir) and ALLATORREE v. DEER, 2023 U.S. Dist. LEXIS 44873 which support the Petitioner's position. In Petitioner's case he was never provided with a copy of the Final Oeder of Removal with which the BOP is using to support its claim. Without it the Government has no Proof of Claim. That Court Order if one actually does exist **must** be signed by a COurt Judge to be valid, not an ICE employee. The BOP has **NOT** produced anything to substantiate its claim that a Final Order of Removal Exists to justify its taking of Petitioner's FSA, making him in-eligible, and extending his stay with the BOP, and NOTHING to substantiate any Detainer Notice of Action Letter, which the BOP is allegedly caliming to be a Final Order.

///

///

///

///

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

**(a) Supporting facts** *(Be brief. Do not cite cases or law.):*

_____

_____

_____

_____

**(b) Did you present Ground Four in all appeals that were available to you?**

☐ Yes                    ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____

_____

### Request for Relief

15. State exactly what you want the court to do:

The law is both clear and unambiguous and because Petitioner has made a showing that he is eligible and entitled to relief sought, he requests that this Honorable Court GRANT the Writ and ORDER the BOP to reinstate his FSA eligibility and apply the Earned Time Credits for an earlier release, and any other relief the Court deems just and proper.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

See Houston v. Lack, 487 U.S. 266, 276 (1988)

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: July 8, 2025

_____
Signature of Petitioner

Jose A. Seranno 37207-004

_____
Signature of Attorney or other authorized person, if any

SERRANO, JOSE 37207004

Page 9 of 9

EXHIBIT ONE

BP-8 throught BP-11

COC 1330.17.B
June 7, 2022
Attachment A

## INFORMAL RESOLUTION FORM

**NOTICE TO INMATE:** Bureau of Prisons Program Statement 1330.16 requires that except as provided in 542.13(b) an inmate shall first present an issue of concern informally to staff and staff shall informally attempt to resolve the issue prior to submitting a BP-9. A separate form must be used for each issue.
*******************************************************************************************************

**INSTRUCTIONS:** Counselors will complete and attach this form to each Request for Administrative Remedy Form (BP-9) submitted, if not informally resolved.

Jose Serrano      37207-004      C-1

Inmate Name        Register No.        Qtrs./Unit        Inmate Signature

1. Specific complaint (one 8 ½" x 11" continuation page may be attached):

I am though this one requesting the Re-establishment of my FTC credit [FSA] credits DHS Form I-247A does not apply to my case.

2. What efforts have been made by the inmate to resolve the complaint informally? To whom has the inmate spoken? I have spoken to my Unit Team. Begining to Exaust Administrative Remedies to issue a 2241 motion to my judge.

3. What action does the inmate wish to be taken to correct the issue?

The Re-establishment of my FTC credit time and [FSA] credits. Since the Orlando ICE office issue a bogus "Final order of deportation"

Correctional Counselor's Comments (including actual steps taken to resolve):

According to PS 5410.01 (a)(2) Subject to a final order of removal under immigration laws as defined in 8 U.S.C. 1101(a)(17) (see 18 U.S.C. 3632(d)(4)(E)), the Bureau may not apply FSA Time Credits.

_____    10/23/24

Correctional Counselor        Date        Staff Circle One:

Informally Resolved    (Not Informally Resolved)

Unit Manager's Review

_____    10/20/24

Unit Manager        Date

Distribution by Correctional Counselor:

1. If complaint is informally resolved, maintain original on file in the Unit.
2. If complaint is not informally resolved, attach original to BP-9 Form and forward to Administrative Remedy Clerk for processing.

|  | Inf. Resolution Form Issued to Inmate | Inf. Resolution Form Returned to Counselor | BP-9 Issued to Inmate | BP-9 Returned to Counselor | BP-9 Delivered to Admin Remedy Clerk |
|---|---|---|---|---|---|
| Date: | 10-23-24 | 10-23-24 | 10-23-24 | 10-29-24 | 10-29-24 |
| Time: | 11:00 AM | 12:15 PM | 2:15 PM | 10:00 am | 10:35 am |
| Counselor: | | | | | |

Response to Administrative Remedy Case Number:

This is in response to your Request for Administrative Remedy receipted on (DATE).



UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: SERRANO JOSE                37207-004        C-1
_____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** A FINAL ORDER OF deportation, Also KNOWN AS AN order as an order of removal, is a Judgement by an IMMIGRATION JUDGE (emphasis added) on the Board of Immigration Appeals (BIA) that a foreign national must leave the United States. The order is issued when a judge rules against a Respondant in an imigration case, Finding that the individual does NOT have legal permission to remain in the country. Any such order NOT signed by a Judge (after a proper hearing where I must be present) is VOID AB INITO (From the beginning). I am herein notifying your Immigration Dept and the BOP that I am entitled to the same procedural protections that I receive in my criminal proceeding, which can only be initiated by a court of Competent Jurisdiction that issues an Order to Show Cause (OSC).

10/23/2024
_____        _____
DATE                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____        _____
DATE                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                CASE NUMBER: _____

_____

**Part C– RECEIPT**                            CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Response to Administrative Remedy Case Number: 1218456-F3**

This is in response to your Request for Administrative Remedy received in this office on December 5, 2024, wherein you state you have not been seen an immigration judge and you have not been issued a final deportation order signed by an immigration judge. As relief, you want the final deportation order removed and to restore your First Step Act (FSA) Time Credits.

A review of this matter was conducted and revealed, you have a final deportation order by Immigration and Customs Enforcement. The Immigration and Customs Enforcement is an agency within Department of Homeland Security, with the responsibility to enforce immigration laws, the Bureau of Prisons do not interfere with Immigration and Customs Enforcement Agency decisions. Therefore, we do not have the authority to remove your detainer as they are the agency issuing your final deportation order. Subsequently, any FSA Time Credits earned cannot be applied to your release date.

According to Program Statement 5410.01, First Step Act of 2018 - Time Credits: Procedures for Implementation of 18 U.S.C. 3632 § (d)(4), inmates who are subject to a final order of removal under immigration laws as defined in 8 U.S.C. 1101(a)(17) (see 18 U.S.C. 3632(d)(4)(E)), the Bureau may not apply FSA Time Credits toward prerelease custody or early transfer to supervised release. A copy of your Immigration Detainer - Notice of Action has been provided.

Therefore, based on the above information, your Request for Administrative Remedy is **denied**.

If you are dissatisfied with this response, you may appeal by filing a BP-10 to the Bureau of Prisons, Southeast Regional Office, and Attn: Regional Director, 3800 Camp Creek Parkway, SW, Building 2000, Atlanta, GA 30331-6226, within 20 calendar days from the date of this response.

_____                    12-12-24
A. Mendoza, Warden                            Date

Received
4/23/25

```
JOSE A SERRANO, 37207-004
COLEMAN LOW FCI     UNT: 3 GP     QTR: C01-010L
P.O. BOX 1021
COLEMAN,  FL 33521
```

**U.S. Department of Justice**
Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attachments must be submitted with this appeal.

From: SERRANO A. JOSE     37207-009     C-1     Colemmn-Low
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A—REASON FOR APPEAL**

I was extradicted from Colombia. I never entered
the USA Borders Ilegally. DHS for I-247 A
does not Apply. This form is a summon for those that
enter the country ilegally. A final order of Deportation
most be signed by a Judge. I have not seen an
Immigration Judge. Therefore I am Appealing my
case to the Immigration Appeals Court and I will
Notify my consulate and the press for the BOP abus
procedures

3-17-2025
DATE                                              SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED
MAR 3 1 2025
Administrative Remedies
Federal Bureau of Prisons

_____
DATE

ORIGINAL: RETURN TO INMATE

_____
**Part C—RECEIPT**

GENERAL COUNSEL

CASE NUMBER: _____

CASE NUMBER: 1218456

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____                                                                   
DATE             PRINTED ON RECYCLED PAPER           SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                                                               BP–231(13)
                                                                                 APRIL 1982

**Administrative Remedy No. 1218456-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal, wherein you claim you never entered the United States borders illegally.  You claim the Department of Homeland Security (DHS) form I-247A does not apply to you.  You further claim you are appealing the case to the Immigration Appeals Court, due to the Bureau of Prisons bogus procedures.  For relief, you request for your Federal Time Credit (FTC) be applied to your sentence.

We have reviewed documentation relevant to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns at the time of your Request for Administrative Remedy and subsequent appeal.  You are eligible to earn time credits; however, pursuant to 18 U.S.C. §3632(d)(4)(E), which states in part, **"A prisoner is ineligible to apply time credits under subparagraph (C) if the prisoner is the subject of a final order of removal under any provision of the immigration laws"**, you are unable to apply the credit, due to the Department of Homeland Security, Immigration Detainer-Notice of Action, stating "a final order of removal against the alien."  In accordance with Program Statement 5800.15, CN-01, <u>Correctional Systems Manual</u>, whenever a detainer is received from another jurisdiction, staff in the Correctional Systems Department (CSD) are required to update that information in SENTRY.  CSD staff are also required to verify any correspondence requesting a detainer or notification of removal.  If you have issues with your detainer it needs to be addressed directly to the jurisdiction that lodged the detainer against you.  The Bureau of Prisons (BOP) has no authority to remove your detainer unless verified correspondence is received from the detaining agency requesting for it to be removed.

Accordingly, your appeal is denied.

<u>April 10, 2025</u>
Date

_T. Barnett_
Timothy Barnett, Administrator
National Inmate Appeals

EXHIBIT TWO

BP-11 RESPONSE

EXHIBIT THREE

MALE CUSTODY CLASSIFICATION FORM

NEEDS ASSESSMENT

COLE85-2606-00448-MSS-P MALE CUSTODY CLASSIFICATION FORM 03-06-2025
PAGE 001 OF 001                                                08:36:35

## (A)  IDENTIFYING DATA

REG NO..: 37207-004          FORM DATE: 09-11-2024      ORG: COL
NAME....: SERRANO, JOSE A

                              MGTV: NONE
PUB SFTY: ALIEN               MVED:

## (B)  BASE SCORING

DETAINER: (0) NONE            SEVERITY.......: (3) MODERATE
MOS REL.: 35                  CRIM HIST SCORE: (02) 3 POINTS
ESCAPES.: (0) NONE            VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A             AGE CATEGORY...: (0) 55 AND OVER
EDUC LEV: (2) NO VERFD HS/ NO GED  DRUG/ALC ABUSE.: (1) <5 YEARS

## (C)  CUSTODY SCORING

TIME SERVED.....: (4) 26-75%   PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD     TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE     FAMILY/COMMUN..: (4) GOOD


--- LEVEL AND CUSTODY SUMMARY ---

| BASE | CUST | VARIANCE | SEC TOTAL | SCORED LEV | MGMT SEC LEVEL | CUSTODY | CONSIDER |
|------|------|----------|-----------|------------|----------------|---------|----------|
| +8   | +20  | -4       | +4        | LOW        | N/A            | IN      | DECREASE |


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SERRANO, JOSE A  37207-004

**SEQUENCE:** 00445981
**Team Date:** 03-05-2025

| | |
|---|---|
| Facility: | COL  COLEMAN LOW FCI |
| Name: | SERRANO, JOSE A |
| Register No.: | **37207-004** |
| Age: | 72 |
| Date of Birth: | 05-31-1952 |

| | |
|---|---|
| Proj. Rel. Date: | 08-27-2027 |
| Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| DNA Status: | RVS00052 / 07-10-2007 |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| ICE | ILLEGAL ENTRY INTO THE UNITED STATES |
| | CITIZEN OF COLOMBIA |
| | DEPORTATION ORDERED. FINAL ORDER ISSUED |

### Inmate Photo ID Status

No photo ID - Expiration: null

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| COL | CMPD DW | COMPOUND ORD DW 8:00AM-4:00PM | 03-28-2024 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| COL | ESL HAS | ENGLISH PROFICIENT | 03-08-2004 |
| COL | GED EARNED | GED EARNED IN BOP | 10-16-1991 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| COL | C | ADVANCED AEROBICS | 07-01-2024 | 09-18-2024 |
| COL | C | ADVANCED CALISTHENICS | 07-01-2024 | 09-14-2024 |
| COL | C | BEGINING CIRCUIT TRAINING | 07-01-2024 | 08-31-2024 |
| COL | C | INTERMEDIATE AEROBICS | 04-29-2024 | 06-23-2024 |
| COL | C | INTERMEDIATE CIRCUIT TRAINING | 04-29-2024 | 06-23-2024 |
| COL | C | INTERMEDIATE CALETHENICS | 04-29-2024 | 06-23-2024 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 04-02-2024 |
| CARE2 | STABLE, CHRONIC CARE | 02-14-2024 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| HGT RESTR | NO LADDERS/NO UPPER BUNK | 03-12-2024 |
| LOWER BUNK | LOWER BUNK REQUIRED | 03-13-2024 |
| NO F/S | NO FOOD SERVICE WORK | 03-12-2024 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 03-12-2024 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 03-21-2024 |

### FRP Payment Plan

| Most Recent Payment Plan |
|---|

**FRP Assignment:**    **COMPLT    FINANC RESP-COMPLETED**    **Start: 09-10-2024**

Inmate Decision: **AGREED**    $100.00    Frequency: **SINGLE**
Payments past 6 months:    **$100.00**    Obligation Balance: **$0.00**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SERRANO, JOSE A 37207-004

SEQUENCE: 00445981
Team Date: 03-05-2025

### Most Recent Payment Plan

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | ASSMT | $100.00 | $51.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|--------------|-----------|------|-------------|--------|--------|
| | 09-10-2024 | COL | PAYMENT | INSIDE PMT | $100.00 |

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $ N/A          Payments commensurate ?   N/A

New Payment Plan:   ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 03-21-2024 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 03-06-2025 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 03-06-2025 |
| N-COGNTV N | NEED - COGNITIONS NO | 03-06-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 03-12-2024 |
| N-EDUC N | NEED - EDUCATION NO | 03-06-2025 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 03-06-2025 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 03-06-2025 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 03-06-2025 |
| N-MEDICL Y | NEED - MEDICAL YES | 03-06-2025 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 03-06-2025 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 03-06-2025 |
| N-TRAUMA N | NEED - TRAUMA NO | 03-06-2025 |
| N-WORK Y | NEED - WORK YES | 03-06-2025 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 03-06-2025 |

### Progress since last review

*ILLEGAL ENTRY INTO THE UNITED STATES CITIZEN OF COLOMBIA DEPORTATION ORDERED. FINAL ORDER ISSUED

### Next Program Review Goals

*Recommend you enroll and participate in at least 1 FSA/ACE class (Adult Continuing Education) this review period / 08/2025.
*Enroll in at least 1 Wellness class in Recreation Department / BY 08/2025.
*Obtain a paying job / BY 08/2025.
*Save money towards your release ( 35% ) of all deposited funds.

### Long Term Goals

*Recommend you enroll and participate in at least 1 FSA/ACE class (Adult Continuing Education) this review period / 08/2025.
*Enroll in at least 1 Wellness class in Recreation Department / BY 08/2025.
*Obtain a paying job / BY 08/2025.

### RRC/HC Placement

No.
Criminal alien releasing to custody of ICE.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

### Comments

*Display appropriate interactions with everyone to avoid incident reports.
*Maintain excellent sanitation.
*Maintain a positive relationship with your family through letters, email, telephone calls and visits.
*Maintains physical well-being through health promotion and disease prevention strategies such as a healthy lifestyle and habits, routine medical care, regular exercise, and appropriate diet.
*Acknowledge and appropriately correct criminal thinking patterns and behaviors.



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SERRANO, JOSE A  37207-004

SEQUENCE: 00445981
Team Date: 03-05-2025

**FSA Time Credit Assessment**

Register Number:37207-004, Last Name:SERRANO

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

```
    Accrued Pgm Days...: 14
    Carry Over Pgm Days: 7
    Time Credit Factor.: 15
    Time Credits.......: 0
```

--- **FSA Assessment(s)** ----------------------------------------------------------------

| #   | Start      | Stop       | Assignment | Asn Start        | Factor |
|-----|------------|------------|------------|------------------|--------|
| 001 | 03-05-2024 | 04-02-2024 | R-LW       | 03-27-2024 08:53 | 10     |
| 002 | 04-02-2024 | 09-29-2024 | R-LW       | 03-27-2024 08:53 | 10     |
| 003 | 09-29-2024 | 03-28-2025 | R-MIN      | 09-11-2024 10:38 | 15     |

**FSA Time Credit Assessment**
Register Number:37207-004, Last Name:SERRANO

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only -----------------
All conditional days and conditional dates below are the individual's best case scenario
given the individual's FSA/FTC status and best case SCA days as of 10-13-2024. These dates
can change if there are changes to one or more of the following: the individuals FSA risk,
FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
OF 365 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
(a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
(5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---

Projected Release Date: 08-27-2027
Projected Release Method: GCT REL
FSA Projected Release Date: N/A
FSA Projected Release Method: N/A
FSA Conditional Release Date: N/A
SCA Conditional Placement Days: N/A
SCA Conditional Placement Date: N/A
FSA Conditional Placement Days: N/A
FSA Conditional Placement Date: N/A
Conditional Transition To Community Date: N/A
--- SCA Ineligible ------------------------------------------------------------------
--- Detainers
  **Id  Lodged        Org Authority**
  003 03-26-2024    ICE IMMIGRATION AND CUSTOMS OFFICER

EXHIBIT FOUR

SENTENCE MONITORING SENTENCE COMPUTATION

```
COLE8  540*23*        SENTENCE MONITORING          *   03-06-2025
PAGE 001        *      COMPUTATION DATA            *   08:35:34
                      AS OF 03-06-2025
```

REGNO..: 37207-004 NAME: SERRANO, JOSE A


FBI NO..........: 295126NA5              DATE OF BIRTH: 05-31-1952  AGE:  72
ARS1............: COL/A-DES
UNIT............: 3 GP                   QUARTERS.....: C01-010L
DETAINERS.......: YES                    NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 02-27-2027

THE INMATE IS PROJECTED FOR RELEASE: 08-27-2027 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 020 ----------------------
COURT OF JURISDICTION...........: PUERTO RICO
DOCKET NUMBER...................: 3:17-CR-00577-05(FAB
JUDGE...........................: BESOSA
DATE SENTENCED/PROBATION IMPOSED: 12-29-2023
DATE COMMITTED..................: 03-05-2024
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


               FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.: $100.00       $00.00          $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 ----------------------
OFFENSE CODE....:  859     46:1903 MARITIME DRUG
OFF/CHG: 46:70503(A)(1) AND 18:2 PWITD A CONTROLLED SUUBSTANCE ABOARD
         A VESSEL SUBJECT TO THE JURISDICTION OF THE UNITED STATES,
         AIDING AND ABETTING CT.2

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   95 MONTHS
TERM OF SUPERVISION............:    4 YEARS
DATE OF OFFENSE................: 10-23-2014




G0002      MORE PAGES TO FOLLOW . . .

```
    COLE8  5#0*25 *       SENTENCE MONITORING       *     03-06-2025
PAGE 002          *        COMPUTATION DATA         *     08:35:34
                            AS OF 03-06-2025
```

REGNO..: 37207-004 NAME: SERRANO, JOSE A


```
------------------------CURRENT COMPUTATION NO: 020 ------------------------
```

COMPUTATION 020 WAS LAST UPDATED ON 01-22-2024 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-08-2024 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

```
DATE COMPUTATION BEGAN..........: 12-29-2023
TOTAL TERM IN EFFECT............:    95 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     7 YEARS      11 MONTHS
EARLIEST DATE OF OFFENSE........: 10-23-2014

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                    11-27-2020    12-28-2023

TOTAL PRIOR CREDIT TIME.........: 1127
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 427
TOTAL GCT EARNED................: 216
STATUTORY RELEASE DATE PROJECTED: 08-27-2027
ELDERLY OFFENDER TWO THIRDS DATE: 03-09-2026
EXPIRATION FULL TERM DATE.......: 10-27-2028
TIME SERVED.....................:     4 YEARS      3 MONTHS      8 DAYS
PERCENTAGE OF FULL TERM SERVED..:  53.9
PERCENT OF STATUTORY TERM SERVED:  63.3

PROJECTED SATISFACTION DATE.....: 08-27-2027
PROJECTED SATISFACTION METHOD...: GCT REL
```


G0002       MORE PAGES TO FOLLOW . . .

```
COLEB  540*23 *           SENTENCE MONITORING          *    03-06-2025
PAGE 003 OF 003 *         COMPUTATION DATA             *    08:35:34
                          AS OF 03-06-2025
```

REGNO..: 37207-004 NAME: SERRANO, JOSE A


---------------------------- CURRENT DETAINERS: ----------------------------

```
DETAINER NO..: 003
DATE LODGED..: 03-26-2024
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....: IMMIGRATION AND CUSTOMS OFFICER
CHARGES......: ILLEGAL ENTRY INTO THE UNITED STATES
               CITIZEN OF COLOMBIA
               DEPORTATION ORDERED. FINAL ORDER ISSUED
```


G0000        TRANSACTION SUCCESSFULLY COMPLETED

*Certified Mail #*
*9589 0710 5270 2525 4070 57*

## CERTIFICATE OF SERVICE

I, Jose A. Seranno,    Certify that the foregoing is true and correct,
under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) that the foregoing
Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 was deposited into the
prison mail system for forwarding to the Ocala Division of the United States
District Court - Middle District of Florida, marked to the Attention of the
Clerk of the Court located at 207 Northwest Second Street, Rm 337, Oclaa, FL
34475-6603. Said mailing dis contain the correct address and pre-paid postage.

It appears that the parties to this action are registered witht ehs CM/ECF
Electronic Docketing System, therefore as I am proceeding pro se, I ask for
Service of Process by that method as well.

Done this ____8th____ dsy of the Month of __July__ , 2025, Anno Domini.

By: _____
Jose A. Seranno, # 37207-004
F.C.I. Coleman - LOW
P.O. Box 1031  Unit C-1
Coleman, FL 33521-1031